UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEAL SALES,<br><br>    Plaintiff,<br><br>vs.<br><br>KIM ADAMSON, *et al.*,<br>    Defendants. | Case No.: 3:17-CV-00186-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 34) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 34[1]) entered on March 18, 2019, recommending that the Court deny Defendant Baros' Motion for Summary Judgment (ECF No. 26).  No objection to the Report and Recommendation has been filled.

  This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

  IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 34) entered on March 18, 2019, is ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

1

IT IS FURTHER ORDERED that Defendant Baros' Motion for Summary Judgment (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Dated this 3rd day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge