# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEAL SALES, | 3:17-cv-00186-RCJ-WGC |
| Plaintiff, | **ORDER** |
| vs. | Re: ECF No. 42 |
| KIM ADAMSON, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's "Motion to Strike and Demand for Sanctions" (ECF No. 42). Plaintiff contends Defendant's Answer (ECF No. 38) is untimely, and, therefore, should be stricken pursuant to Fed. R. Civ. P. 12(f). Plaintiff also urges sanctions for Deputy Attorney General Erin Albright's knowing violation of the rules. (*Id.*) Defendant has opposed the motion (ECF No. 43) and Plaintiff has replied (ECF No. 45).

Plaintiff is an inmate incarcerated in the Nevada Department of Corrections (NDOC). On May 6, 2019, Plaintiff filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 6) for events that allegedly occurred while Plaintiff was housed at Lovelock Correctional Center (LCC). (*Id.*) In the court's Screening Order, District Judge Jones permitted Plaintiff's Eighth Amendment failure to protect claim to proceed against Defendant Susan Baros (Defendant). (ECF No. 5 at 10.) Defendant Baros is the sole Defendant in this action.

On July 18, 2018, Defendant filed a Notice of Acceptance of Service (ECF No. 24), notifying Plaintiff that the Office of the Attorney General would accept service of process for Defendant Baros. Defendant did not file an Answer, but, on September 6, 2018, filed a Motion for Summary Judgment. (ECF No. 26.) The motion was fully briefed, and, on March 18, 2019, the undersigned filed his

Report and Recommendation denying the Motion for Summary Judgment. (ECF No. 34.)

On April 3, 2019, District Judge Jones issued his Order Adopting and Accepting the Report and Recommendation. (ECF No. 37.) On April 10, 2019, Defendant filed her Answer to the Complaint. (ECF No. 38.)

### 1. Plaintiff's Motion to Strike Defendant's Answer

As reflected above, Defendant filed a Notice of Acceptance of Service in this matter on July 18, 2018. (ECF No. 24.) By accepting service, Defendant is entitled to sixty (60) days to serve a responsive pleading. *See* Fed. R. Civ. P. 4(d)(3). Defendant's Motion for Summary Judgment was filed on September 6, 2018 (ECF No. 26), less than sixty (60) days after the notice of appearance was filed. Therefore, Defendant's Motion for Summary Judgment was timely filed.

District Judge Jones' Order denying Defendant's Motion for Summary Judgment was filed on April 3, 2019. (ECF No. 37.) Defendant's Answer (ECF No. 38) was filed April 10, 2019, seven (7) days after Judge Jones entered his Order. Fed. R. Civ. P. 12(a)(4)(A), provides that a party is entitled to 21 days to file an answer after the court denies the motion. Defendant's Answer was filed well within the statutory deadline. Therefore, Plaintiff's Motion to Strike Defendant's Answer is **DENIED**.

### 2. Plaintiff's Request for Sanctions

Plaintiff states that Deputy Attorney General Erin Albright should be referred for sanctions for "her impertinent and contemptuous acts, and Failure to Adhere (sic) to court rules and for Ethical Standards of A Professional bar Licensed Attorney." (ECF No. 42 at 3.) The court finds that there is no evidence of this on the part of Deputy Attorney General Albright. Therefore, Plaintiff's request for sanctions is **DENIED**.

**IT IS SO ORDERED.**

DATED: May 13, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE